ERNEST ST. GEORGE LOUGH et al., Survivors, etc., Appellants, v. A. EMILIUS OUTERBRIDGE et al., Respondents.

(Argued June 20, 1894; decided October 9, 1894; re-argument ordered; re-argued February 7, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made April 14, 1893, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

This case is reported on former argument, 143 N. Y. 271; on re-argument, 144 id. 642.

*Treadwell Cleveland* for appellants.

*Wilhelmus Mynderse* for respondents.

Agree to affirm on opinion by O'BRIEN, J., on original argument (143 N. Y. 271).

All concur, except ANDREWS, Ch. J., and PECKHAM, J., dissenting.

Judgment affirmed.